UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MANTOVANY A. DOUGE,

        Plaintiff,

  - against -

NATIONSTAR MORTGAGE LLC, FIRST
FRANKLIN MORTGAGE LOAN TRUST,
MORTGAGE LOAN ASSET-BACKED
CERTIFICATES, SERIES 2007-1, MERRILL
LYNCH MORTGAGE LENDING, INC., FIRST
FRANKLIN FINANCIAL CORPORATION,
MERRILL LYNCH BANK & TRUST CO., FSB,
AMERICAN SECURITY INSURANCE
COMPANY,

               Defendants.

-----------------------------------------------------------X

**JUDGMENT**
14-CV-6139 (RRM) (LB)

      A Memorandum and Order of the undersigned having been filed this day granting all defendants' motions for dismissal and directing the Clerk of Court to enter judgment accordingly and close this case, it is hereby

      ORDERED, ADJUDGED AND DECREED that plaintiff takes nothing of defendants and the case is closed.


Dated: Brooklyn, New York
       March 27, 2016

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge